Faud Haghighi, Esq., SBN.: 281724
Law Offices of Faud Haghighi
17221 East 17th Street; Suite H
Santa Ana, CA 92705
Phone: (714) 486-2160
Fax: (714) 486-2153
E-mail: fhaghighilaw1@gmail.com

Attorney for Plaintiff, ROBERT SANCHEZ

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA– SOUTHERN DIVISION

| | |
|---|---|
| ROBERT SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>FOUNTAIN VALLEY BODYWORKS EXPRESS, a business entity; DAVE MARCH, an individual; and MARCH FAMILY LIMITED PARTNERS, a limited partnership,<br><br>　　　　Defendants. | Case No.: 8:18-cv-00126-AG-KES<br><br>*ASSIGNED TO FOR ALL PURPOSES:*<br>*HON. ANDREW J. GUILFORD*<br><br>Dept.: 10D<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　Counsel having stipulated, the Court dismisses this case with prejudice pursuant to Rule 41 (a)(1)(A)(ii) of Federal Rules of Civil procedure with each party bearing its own fees and costs.

DATED: October 25, 2018　　　　　　　　　　／s／ *[signature]*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
1